BROWNSTEIN HYATT FARBER
SCHRECK, LLP
Andrew S. Brignone, Nevada Bar No. 751
Michael V. Infuso, Nevada Bar No. 7388
300 South Fourth Street, Ste. 1200
Las Vegas, Nevada 89101
Off:    (702) 382-2101
Fax:    (702) 382-8135
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND THE TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBAL ELECTRIC, LLC, an Nevada limited liability company; and JOHN E. FORSMAN, an individual,<br><br>Defendants. | Case No.  2:09-cv-01929-RLH-RJJ<br><br>**CONFESSION AND STIPULATION TO ENTRY OF JUDGMENT UNDER 29 U.S.C. § 1001 et seq. "ERISA"** |

Global Electric, LLC ("Global"), a Nevada limited liability company, and John E. Forsman hereby confess judgment and stipulate to entry of judgment in United States District Court, District of Nevada under 29 U.S.C. §1001 et seq. of the Employee Retirement Income Security Act of 1974 ("ERISA") in favor of Plaintiffs Trustees of the Electrical Workers Health and Welfare Trust; Trustees of the Electrical Workers Pension Trust; and The Trustees of the Las Vegas Electrical Joint Apprenticeship and Training Trust Fund (collectively the "IBEW Joint Trust Funds"), and against Global and John E. Forsman in the total sum of Two Hundred Seventy

BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

One Thousand Four Hundred Sixty Eight and 57/100 Dollars ($271,468.57), representing delinquent employee benefits, liquidated damages, attorneys' fees and costs, and interest.

This Confession and Stipulation to Entry of Judgment is for a debt justly due to the Plaintiffs IBEW Joint Trust Funds under ERISA and arising out of the following facts:

1. Global is signatory to and bound by the terms of the Master Labor Agreement and the Trust Agreements establishing the IBEW Joint Trust Funds.

2. Under these Agreements, Global is obligated to pay employee benefits to the IBEW Joint Trust Funds on behalf of Global's bargaining unit employees represented by International Brotherhood of Electrical Workers or its affiliated locals.

3. Based on remittance reports prepared and submitted by Global for the months of June, 2007 through February, 2008, Global is delinquent in payment of employee benefits and resulting ancillary costs to the IBEW Joint Trust Funds for the months of June, 2007 through February, 2008.

4. John E. Forsman is an officer of Global. As an officer, John E. Forsman has control over whether Global pays the employee benefits it owes to the IBEW Joint Trust Funds.

5. The employee benefits become Trust Fund assets as of the date they are due to the IBEW Joint Trust Funds.

6. John E. Forsman has possession of employee benefits due to the IBEW Joint Trust Funds, which are Trust Fund assets.

7. By virtue of John E. Forsman's possession and control of employee benefits, John E. Forsman is a "fiduciary" under ERISA.

8. As an ERISA fiduciary, John E. Forsman has a duty to make the IBEW Joint Trust Funds whole for all delinquent employee benefits that are due from Global.

9.    Global is delinquent to the IBEW Joint Trust Funds for employee benefits totaling Two Hundred Twenty One Thousand Six Hundred Twelve and 42/100 Dollars ($221,612.42), liquidated damages totaling Forty Four Thousand Forty Six and 76/100 Dollars ($44,046.76), past interest at 18% in the amount of Three Thousand Fifty Nine and 39/100 Dollars ($3,059.39), and past attorney's fees and costs in the amount of One Thousand Five Hundred and 00/100 Dollars ($1,500.00) for a total of Two Hundred Seventy One Thousand Four Hundred Sixty Eight and 57/100 ($271,468.57).

10.    The foregoing is for a debt justly due and owing by Global and John E. Forsman to the IBEW Joint Trust Funds under 29 U.S.C. §1001 et seq. "ERISA."

11.    John E. Forsman agrees to personally guarantee and to be personally liable for payment of the amounts set forth herein.

Dated: March 6th, 2008          GLOBAL ELECTRIC, LLC

By: _____
    John E. Forsman

Its: _____
    President

Dated: March 6th, 2008          JOHN E. FORSMAN, an individual

By: _____
    John E. Forsman

BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

    John E. Forsman, being first duly sworn, deposes and says:

    That he is the ___PRESIDENT___ and representative of Defendant Global Electric, LLC and is duly authorized to execute this document; that he has read the foregoing Confession and Stipulation to Entry of Judgment Under U.S.C. §1001 et seq. of ERISA and knows the contents thereof; that the same is true of his own knowledge, except for those matters therein stated on information and belief, and as to those matters he believes them to be true.

_____
Affiant

Subscribed and sworn to before me
this 6th day of MARCH , 2008.

_____
- NOTARY PUBLIC -

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
TERESA JOY PASTORELLI
Appt No. 95-0016-1
M. Appt Expires Aug 30, 2011

**IT IS SO ORDERED**

Dated:  July 27, 2010

_____
UNITED STATES DISTRICT JUDGE

BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

20051\2\1131864 1
4